Campbell vs. The State.—Fugate & Kelly vs. Muir.

## CAMPBELL vs. THE STATE.

### APPEAL from Livingston Circuit Court.

BAY, Attorney General, for the State.

The evidence and proceedings in the cause not being preserved in a bill of exceptions, the court will presume that the circuit court properly overruled the appellant's motion to set aside the verdict and grant him a new trial.

SCOTT, J., delivered the opinion of the court.

The only errors complained of in this cause, being the giving of improper instructions and the refusal to grant a new trial, and there being no bill of exceptions preserved in the record, the other Judges concurring, the judgment will be affirmed.